STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.3810    AND FILED ON    5/15/2007

| THE GUARDIAN NEWS, INC., | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| VILLAGE OF BRONXVILLE, NEW YORK | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/22/2007 at 10:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: VILLAGE OF BRONXVILLE, NEW YORK    (herein called recipient) therein named.

At Location: 200 PONDFIELD ROAD
BRONXVILLE NY

By delivering to and leaving with JACLYN TOVELLA and that deponent knew the person so served to be the AUTHORIZED CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BROWN
Age: 28/34    Height: 5'4"
Weight: 140    Other Features:

Sworn to before me on 5/22/2007

Gail Williams
GAIL WILLIAMS
Notary Public, State of New York
No. 4865052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#: